UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                    Case No. 11-30846-DHW
                                         Chapter 11
RANDOLPH PROPERTIES, INC.,

    Debtor.

## ORDER DISMISSING BANKRUPTCY CASE

The bankruptcy administrator filed a motion to dismiss or convert this chapter 11 case based upon debtor's failure to file a plan and disclosure statement, monthly reports and non-payment of quarterly fees.

The motion came on for hearing on March 5, 2012. Counsel for the debtor could offer no defense. Accordingly, it is

ORDERED that this bankruptcy case is DISMISSED. It is

Done this 12 day of March, 2012.

                                          /s/ Dwight H. Williams, Jr.
                                        United States Bankruptcy Judge

c: Debtor
   Michael A. Fritz, Sr., Attorney for Debtor
   All Creditors